1

2 BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, #G
3 Kennewick, WA 99336
(509) 735-3591
4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 03 2004

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

5

6 IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
7

8 KEN AND MARY LOU ROGERS

9 Plaintiffs,

NO. **CV-04-5028-EFS**

10 vs.

**NOTICE OF REMOVAL TO
FEDERAL COURT**

11 CITY OF KENNEWICK, a municipal
corporation; BENTON COUNTY,

FRANKLIN COUNTY SUPERIOR
COURT NO. 04-2-50094-2

12 WASHINGTON, a political
subdivision in the State of
13 Washington; Richard Dopke &
Jane Doe Dopke, husband &
14 wife, individually and as a
marital community; John Doe
15 Bonnalie & Jane Doe Bonnalie,
husband & wife, individually,
16 and a s a marital community;
R.B. Kohn & Jane Doe Kohn,
17 husband & wife, individually,
and a s a marital community;
18 Deputy John Doe Quackenbush &
Jane Doe Quackenbush, husband
19 & wife, individually, and as a
marital community;
20
Defendants.
21

22 TO:   The United States District Court for the Eastern District of
Washington
23

24 TO:   Plaintiffs Ken and Mary Lou Rogers
Attorney Larry W. Zeigler
25 2839 W. Clearwater Ave.
Suite 341
26 Kennewick, WA 99336-2927

27 City of Kennewick
John Ziobro

28

NOTICE OF REMOVAL
TO FEDERAL COURT - 1

1  City Attorney
   210 West Sixth Avenue
2  PO Box 6108
   Kennewick, WA 99336-0108

3
   Richard Dopke and Jane Doe Dopke
4  John Ziobro
   City Attorney
5  210 West Sixth Avenue
   PO Box 6108
6  Kennewick, WA 99336-0108

7  John Doe Bonnalie and Jane Doe Bonnalie
   John Ziobro
8  City Attorney
   210 West Sixth Avenue
9  PO Box 6108
   Kennewick, WA 99336-0108
10
   R.B. Kohn and Jane Doe Kohn
11 John Ziobro
   City Attorney
12 210 West Sixth Avenue
   Kennewick, WA 99336-0108
13
       Defendants Benton County, Benton County Sheriff's Deputy Jeff
14
   Quackenbush and Jane Doe Quackenbush respectfully give notice that
15
   they are removing this case to the United States District Court for
16
   the Eastern District of Washington on the grounds set forth below.
17
       1.   Defendants Benton County,  Benton County Sheriff's Deputy
18
   Jeff Quackenbush and Jane Doe Quackenbush are named defendants in
19
   the above-entitled action.
20
       2.   On February 9, 2004, the above-entitled action was filed
21
   against the defendants in the Superior Court of the State of
22
   Washington for Franklin County, is now pending therein, and is
23
   cause number 04-2-50094-2.
24
       3.   On February 13, 2004, defendant Benton County received a
25
   copy of the summons and complaint in the above-entitled action, a
26
   copy of which is attached as Exhibit A.   This Notice is filed
27
   within 30 days of defendant Benton County's receipt of the

28
                                    BENTON COUNTY PROSECUTING ATTORNEY
                                         7122 West Okanogan Place, #G
   NOTICE OF REMOVAL                    Kennewick, Washington 99336
   TO FEDERAL COURT - 2                         (509) 735-3591

1 | complaint.

2 |     4.   On February 16, 2004, defendants Jeff Quackenbush and
3 | Jane Doe Quackenbush received a copy of the summons and complaint
4 | in the above-entitled action.  This Notice is filed within 30 days
5 | of defendants, Jeff and Jane Doe Quackenbush's receipt of the
6 | complaint.

7 |     5.   Defendants Benton County, Benton County Sheriff's Office
8 | Deputy Quackenbush and Jane Doe Quackenbush have no knowledge as to
9 | whether the other defendants have been served as of the date of
10 | this Notice.

11 |     6.   On February 23, Andy Miller, Benton County Prosecuting
12 | Attorney, and Rea L. Culwell, Senior Deputy Prosecuting Attorney,
13 | filed a Notice of Appearance, a copy of which is attached hereto as
14 | Exhibit B.

15 |     5.   Exhibits A and B, constitute the complete record of all
16 | proceedings in the state court as of the date of this Notice.

17 |     6.   In their complaint, plaintiffs allege civil rights
18 | violations arising under 42 U.S.C §§ 1983 and 1988.  See, Exhibit
19 | A.

20 |     7.   Plaintiffs' claims arise under and are controlled by the
21 | laws and the Constitution of the United States and therefore fall
22 | within the original jurisdiction of the United States District
23 | Court as conferred by 28 U.S.C. §§ 1331 and 1343. As such, this
24 | action is a proper one for removal from the state court to the
25 | United States District Court pursuant to 28 U.S.C. § 1441 (a).

26 |     8.   This court is the District Court of the United States for
27 | the district and division embracing the place where the state court

28 |

NOTICE OF REMOVAL
TO FEDERAL COURT - 3

1   action is currently pending, and is therefore the appropriate court
2   for removal pursuant to 28 U.S.C. § 1441(a).

3   WHEREFORE, Defendants Benton County, Benton County Deputy
4   Sheriff Quackenbush and Jane Doe Quackenbush, give notice that the
5   civil action pending against them in Franklin County Superior Court
6   of the State of Washington has been removed from that court to the
7   United States District Court for the Eastern District of
8   Washington.

9   DATED this 3rd day of March, 2004.

10                                      ANDY MILLER
                                        Prosecuting Attorney
11

12                                      By
                                        REA L. CULWELL, Deputy
13                                      Prosecuting Attorney
                                        WSBA# 32080
14                                      Attorneys for Defendants
                                        OFC ID 91004
15

16
                              **CERTIFICATE OF SERVICE**
17

    I, Shannon C. Slaght, declare as follows:
18

19      That I am over the age of 18 years, not a party to this

20  action, and competent to be a witness herein.  That I, as a legal

21  secretary in the office of the Benton County Prosecuting Attorney

22  deposited a true and correct copy of this document in an envelope,

23  and that I addressed said envelope as set forth herein and on the

24  3rd day of March, 2004 deposited said envelope(s) so addressed with

25  sufficient postage prepaid thereon, in the United States Mail at

26  Kennewick, Benton County, Washington to:

        Plaintiffs Ken and Mary Lou Rogers
27      Attorney Larry W. Zeigler
        2839 W. Clearwater Ave.
28
                                              BENTON COUNTY PROSECUTING ATTORNEY
                                                    7122 West Okanogan Place, #G
    NOTICE OF REMOVAL                                Kennewick, Washington 99336
    TO FEDERAL COURT - 4                                    (509) 735-3591

1     Suite 341
      Kennewick, WA 99336-2927
2
      City of Kennewick
3     John Ziobro
      City Attorney
4     210 West Sixth Avenue
      PO Box 6108
5     Kennewick, WA 99336-0108

6     Richard Dopke and Jane Doe Dopke
      John Ziobro
7     City Attorney 210 West Sixth Avenue
      PO Box 6108
8     Kennewick, WA 99336-0108

9     John Doe Bonnalie and Jane Doe Bonnalie
      John Ziobro
10    City Attorney
      210 West Sixth Avenue
11    PO Box 6108
      Kennewick, WA 99336-0108
12
      R.B. Kohn and Jane Doe Kohn
13    John Ziobro
      City Attorney
14    210 West Sixth Avenue
      Kennewick, WA 99336-0108
15
          I certify under penalty of perjury under the laws of the State
16
      of Washington that the foregoing is true and correct.
17
          EXECUTED at Kennewick, Washington, this 3rd day of March,
18
      2004.
19
                              SHANNON C. SLAGHT
20

21

22

23

24

25

26

27

28
                                        BENTON COUNTY PROSECUTING ATTORNEY
                                            7122 West Okanogan Place, #G
      NOTICE OF REMOVAL                     Kennewick, Washington 99336
      TO FEDERAL COURT - 5                       (509) 735-3591

RECEIVED

FEB 1 3 2004

BENTON COUNTY AUDITOR
PROSSER OFFICE



BEN. CO. PROS.

FEB 13

RECEIVED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

KENNETH & MARY LOU ROGERS, husband & )
wife, individually and as a marital community, )
                            Plaintiffs, )
                             )
vs. )
                             )
CITY OF KENNEWICK, a municipal corporation; )
BENTON COUNTY, WASHINGTON, a political sub-)
division in the State of Washington; Richard Dopke &)
Jane Doe Dopke, husband & wife, individually and as)
a marital community; John Doe Bonnalie & Jane Doe )
Bonnalie, husband & wife, individually, and as a mari- )
tal community; R.B. Kohn & Jane Doe Kohn, husband )
& wife, individually, and as a marital community; )
Deputy John Doe Quackenbush & Jane Doe Quacken-)
bush, husband & wife, individually, and as a marital )
community, )
                          Defendants. )

NO. 04-2-50094-2

SUMMONS

TO THE DEFENDANTS: A lawsuit has been started against you in the above-entitled court by KENNETH & Mary Lou ROGERS, plaintiffs. Plaintiffs' claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

Larry Zeigler, WSBA 11595
2839 W. Kennewick Ave. #341
Kennewick, WA 99336
(509)734-1229/fax (509)734-1423

1    You may demand that the Plaintiff file this lawsuit with the court.  If you do

2  so, the demand must be in writing and must be served upon the person signing this

   summons.  Within 14 days after you serve the demand, the plaintiffs must file this

3  lawsuit with the court, or the service on you of this summons and complaint will be

4  void.

5    If you wish to seek the advise of an attorney in this matter you should do so

6  promptly so that your written response, if any, may be served on time

7    This Summons is issued pursuant to rule 4 of the Superior Court Civil Rules

   of the State of Washington.

8

9    DATED at Kennewick, Washington, this _____ day of _____, 2004.

10

11

12

13    _____

      Larry W. Zeigler, WSBA 11595

14    Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26    Larry Zeigler, WSBA 11595
      504 W. Margaret
      Pasco, WA 99301
27    (509)545-9088

                              - 2 -

1    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
2    IN AND FOR THE COUNTY OF FRANKLIN

3    KENNETH & MARY LOU ROGERS, husband &         )
4    wife, individually and as a marital community,      )
                                Plaintiffs,                       )   NO. 04-2-50094-2
5    vs.                                                              )
                                                                     )   COMPLAINT
6    CITY OF KENNEWICK, a municipal corporation;   )
7    BENTON COUNTY, WASHINGTON, a political sub-)
     division in the State of Washington; Richard Dopke &)
8    Jane Doe Dopke, husband & wife, individually and as)
9    a marital community; John Doe Bonnalie & Jane Doe )
     Bonnalie, husband & wife, individually, and as a mari- )
10   tal community; R.B. Kohn & Jane Doe Kohn, husband)
11   & wife, individually, and as a marital community;     )
     Deputy John Doe Quackenbush & Jane Doe Quacken-)
12   bush, husband & wife, individually, and as a marital  )
13   community,                                                  )
                                Defendants.                    )
14   ───────────────────────────────────

15       **COME NOW THE PLAINTIFFS**,, by and through their counsel of

16   record, and **by and for its First Cause of Action alleges as follows, to wit:**

17                                          I.

18       Plaintiffs Ken and Mary Lou Rogers are residents of Clark County,

19   Washington, while to the best of the plaintiffs' information and belief, the individual

20   defendants are residents of Benton County, Washington, the defendant City of

21   Kennewick is a municipal corporation duly incorporated under the laws of the State

22   of Washington and the defendant Benton County is a political sub-division of the

23   State of Washington and the incident in question occurred in Benton County,

24   Washington.

25

26                                                      Larry Zeigler, WSBA 11595
                                                        504 W. Margaret
27                                                      Pasco, WA 99301
                                                        (509)545-9088

II.

That on or about July 13, 2003, the plaintiff Kenneth Rogers was staying at the home of his stepson and daughter-in-law in Kennewick, Washington.

III.

That on or about July 13, 2003, at approximately midnight, defendant Richard Dopke, while on duty as a sergeant and commissioned police officer and supervisor for the defendant City of Kennewick, pursued a mini-moped for the purpose of investigating a civil traffic infraction. Upon executing a stop of said vehicle, the unknown rider fled the scene.

IV.

That shortly thereafter, defendants Dopke, Bonnalie, Kohn and Quackenbush, and others unidentified at this time, cordoned off an area and began a systematic search using a K-9 German Shepherd belonging to the Kennewick Police Department.

V.

That to the best of the plaintiff's information and belief, Officer Kohn, the assigned dog handler, intentionally unleashed said K-9 and turned it lose to track.

VI.

That said K-9 then went onto the property where Kenneth Rogers was sleeping, and without warning attacked Kenneth Rogers, inflicting serious bodily injury.

VII.

That while said K-9 was in the process of attacking Kenneth Rogers, to the best of plaintiff's information and belief, Officers Bonnalie, Kohn and Defendant

Complaint                                    - 2 -

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301
(509)545-9088

1
2
3
4

Quackenbush physically assaulted the plaintiff Rogers as he attempted to defend himself from the dog's attack; that the combination of physical attacks by the afore-mentioned officers and the attack by the dog resulted in serious physical injuries to the plaintiff Kenneth Rogers.

5

VIII.

6
7

That the conduct complained of in paragraphs I through VII, constituted an intentional assault by said defendants on plaintiff.

8

9
10

**By and for its Second Cause of Action,** plaintiffs re-allege each and every allegation in paragraphs I through VIII, and further claim:

11

IX.

12
13
14
15

That plaintiff Kenneth Rogers was not booked into jail nor charged with an offense, nor did defendants have probable cause to apprehend or charge said plaintiff with any crime whatsoever; and that said conduct by defendants constituted an outrage under the laws of the State of Washington.

16

17
18

**By and for its Third Cause of Action,** plaintiffs re-allege each and every allegation in paragraphs I through X, and further claim:

19

X.

20
21

That said conduct intentionally and/or negligently inflicted severe emotional distress on the plaintiffs.

22

23
24

**By and for its Fourth Cause of Action,** plaintiffs re-allege each and every allegation in paragraphs I through X, and further claim:

25
26
27

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301
(509)545-9088

Complaint                                    - 3 -

XI.

That defendants conduct constituted an unlawful imprisonment and/or false arrest.

**By and for its Fifth Cause of Action,** plaintiffs re-allege each and every allegation in paragraphs I through XI, and further claim:

XII.

That to the best of plaintiff's information and belief, that conduct violated Article 1, §7 of the Washington State Constitution.

XIII.

The plaintiffs have timely filed claims against the City of Kennewick and Benton County, Washington, proof of which is attached and incorporated herein as *Exhibits A* and *B*.

**CLAIMS PURSUANT TO 42 U.S.C. § 1983 and § 1988**

XIV.

At all material times hereto, defendants were acting under color of state law.

XV.

At all material times herein, plaintiffs had constitutionally protected liberty interests in life, personal security, bodily integrity, being free from harmful physical contact or emotional injury, freedom to travel, and had constitutionally protected rights to equal protection, as well as procedural and substantive due process of law.

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301
(509)545-9088

Complaint                                    - 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

XVI.

The acts and/or omissions of the Defendants City of Kennewick and Benton County, Washington, by and through their agents and representatives identified above constitute a pervasive pattern of recklessness, deliberate indifference, gross negligence and/or wanton/willful misconduct in regard to the rights of plaintiffs.

XVII.

The individual defendants named above in their individual capacities, acted in a manner that deprived plaintiffs of constitutionally protected liberty interests in life, personal security, bodily integrity, travel and deprived plaintiffs of equal protection and procedural and substantive due process of law.  Said individual defendants further acted in a manner that was deliberately indifferent, wanton and willful and which reflected a reckless disregard for plaintiffs' well being.

XIII.

Plaintiffs were injured by the unconstitutional policies, customs and procedures implemented and followed by the City of Kennewick Police Department and the Benton County Sheriff's Office, which were done in violation of their civil rights and the City of Kennewick and Benton County are liable therefore under 42 U.S.C. § 1983 and § 1988.

XIX.

Plaintiffs are entitled to an award of damages against the municipal and county defendants and individual defendants for their injuries and damages, including all general and special damages and including punitive damages under federal common law and 42 U.S.C. § 1983.  Further, plaintiffs are entitled to an

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301
(509)545-9088

Complaint                              - 5 -

1

2 award against the individual defendants for their costs and reasonable attorney's fees
pursuant to 42 U.S.C. § 1988.

3

4

5

### LIMITED PHYSICIAN/PATIENT WAIVER

### XX.

6 Plaintiff hereby waives the physician-patient privilege ONLY to the extent

7 required by RCW 5.60.060, as limited by the plaintiff's constitutional rights of

8 privacy, contractual rights of privacy, and the ethical obligation of physicians and

9 attorneys not to engage in *ex parte* contact between a treating physician and the

10 patient's legal adversaries.

11

12

### DAMAGES

13

### XXI.

14 As a direct and proximate result of the negligence and other improper conduct

15 of the City of Kennewick Police Department and Benton County Sheriff's Office as

16 aforesaid, Kenneth Rogers experienced excruciating pain and suffering, fear of death

17 and mental anguish and other emotional, physical and mental pain and suffering.

18 Kenneth and Mary Lou Rogers sustained economic loss and general and special

19 damages in amounts to be proven at the time of trial.

20

21

### PRAYER

22 WHEREFORE, plaintiffs pray for judgment against defendants, and each of

23 them, as follows:

24

25

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301

26 Complaint                    - 6 -                    (509)545-9088

27

1.    For all such general and special damages allowable under Washington law and as shall be established at the time of the trial herein;

2.    For damages pursuant to 42 U.S.C. § 1983 and § 1988, including an award of punitive damages, costs and attorney's fees;

3.    For such other and further relief as the Court deems just and equitable under the circumstances of this case.

DATED at Kennewick, Washington, this ___ day of _____, 2004.

Presented by: Larry W. Zeigler, WSBA 11595
Attorney for Plaintiffs

Kenneth and Mary Lou Rogers, under the laws of the State of Washington and penalty of perjury, declare that they have reviewed the contents of the Complaint herein, and to the best of their information and belief consider the same to be true and accurate.

Kenneth Rogers

Mary Lou Rogers

Larry Zeigler, WSBA 11595
504 W. Margaret
Pasco, WA 99301
(509)545-9088

Complaint                           - 7 -

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF BENTON

ROGERS,

NO.#

vs

RETURN OF SERVICE

CITY OF KENNEWICK,

State of Washington
County of Franklin

    The undersigned being first duly sworn on oath deposes and says that I am a resident of the State of Washington, over the age of 18 years, not a party to or interest in this action.

    On August 15th, 2003 @ 3:55 p.m. At 210 W. 6th Ave, Kennewick, Washington. Benton County, I served The City of Kennewick, with the following documents:

**"ORIGINAL CLAIM FORM; COPY OF MR. ROGER'S STATEMENT,"**

    By then and there personally delivering a true and correct copy thereof to and leaving the same with VALERIE – Kennewick City Clerk.

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
      Signed at Pasco, Washington, on September 23, 2003.

D.P. Navejar   #92-02
Franklin County Process Server

Fee: $25.00

Inter-City Legal Processing & Messenger Service –518 W. Shoshone St. Pasco, WA. 99301



IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

ROGERS,

                                No. #

v.

CITY OF KENNEWICK and
BENTON COUNTY,                          RETURN OF SERVICE

State of Washington
County of Franklin

        The undersigned being first duly sworn on oath deposes and says that I am a resident of the State of Washington, over the age of 18 years, not a party to or interest in this action.

        On September 7th 2003 @ 3:30 p.m. At 16714 So. 1585 PR SW, Prosser, Washington. Benton County, I served Max Benitz, Jr. County Commissioner, with the following documents:

### "ORIGINAL CLAIM FORM; COPY OF MR. ROGERS' STATEMENT,"

        By then and there personally delivering a true and correct copy thereof to and leaving the same with Max Benitz Jr. County Commissioner.

        I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

        Signed at Pasco, Washington, on September 30th 2003

                                        D.P. Navejar   #92-02
Fee: $46.00                                    Franklin County Process Server

Inter-City Legal Processing & Messenger Service –518 W. Shoshone St. Pasco, WA.  99301



RECEIVED

FEB 11 2004

FILED
FRANKLIN CO CLERK

2004 FEB -9  A 8: 4

MICHAEL J. KILLIAN

BY          DEPUTY

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON AND FRANKLIN COUNTIES

|  |  |  |
|---|---|---|
| KENNETH ROGERS ET UX | Plaintiff(s) | Case No.  **0 4  2  5 0 0 9 4**  2 |
| V. | | CIVIL CASE SCHEDULE ORDER (ORSCS) |
| CITY OF KENNEWICK ET AL | Defendant(s) | |

I. SCHEDULE
(Cases filed the week of 02/09/04)

|  |  | DUE DATE |
|---|---|---|
| 1. | Confirmation of Service | 03/15/04 |
| 2. | Confirmation / Waiver of Status Conference | 05/10/04 |
| 3. | Last Date for Filing: Motions to Change Trial Date; Jury Demand | 06/14/04 |
| 4. | Status Conference (if needed) | 06/14/04 |
| 5. | Plaintiff's Disclosure of Lay and Expert Witnesses | 07/12/04 |
| 6. | Defendant's Disclosure of Lay and Expert Witnesses | 09/13/04 |
| 7. | Disclosure of Plaintiff's Rebuttal Witnesses | 10/11/04 |
| 8. | Disclosure of Defendant's Rebuttal Witnesses | 11/15/04 |
| 9. | Last Date for Filing Statement of Arbitrability | 11/29/04 |
| 10. | Settlement Position Statements filed by all parties | 11/29/04 |
| 11. | Discovery Cutoff (60 days prior to trial) | 12/13/04 |
| 12. | Settlement / Pretrial Conference | 12/13/04 |
| 13. | Last Date for Hearing Dispositive Pretrial Motions | 12/27/04 |
| 14. | Last Date for Filing and Serving Trial Management Report | 01/10/05 |
| 15. | Pretrial Conference | 01/10/05 |
| 16. | Trial Memoranda, Motions In Limine, Jury Instructions | 01/31/05 |
| 17. | Trial Date | 02/16/05 |

II. ORDER

IT IS ORDERED that all parties comply with the foregoing schedule.

DATED this _____ 9TH _____ day of _____ FEBRUARY _____, 2004

_____
Judge

NOTICE TO PLAINTIFF:
The plaintiff may serve a copy of the Case Schedule Order on the defendant(s) along with the summons and complaint. Otherwise, the plaintiff shall serve the Case Schedule Order on the defendant(s) within ten (10) days after the later of: (1) the filing of the summons and complaint or (2) service of the defendant's first response to the complaint, whether that response is a Notice of Appearance, an Answer, or a CR 12 Motion.

RECEIVED

FEB 1 7 2004

BEN. CO. PROS.

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

8

IN AND FOR THE COUNTY OF FRANKLIN

9

10

KENNETH & MARY LOU ROGERS,
husband & wife, individually and as a
marital community,

11

Plaintiffs,

12

13

v.

14

CITY OF KENNEWICK, a municipal
corporation; BENTON COUNTY,
WASHINGTON, a political sub-division in
the State of Washington; RICHARD
DOPKE & JANE DOE DOPKE, husband
and wife, individually and as a marital
community; JOHN DOE BONNALIE &
JANE DOE BONNALIE, husband and
wife, individually and as a marital
community; R.B. KOHN & JANE DOE
KOHN, husband and wife, individually and
as a marital community; DEPUTY JOHN
DOE QUACKENBUSH & JANE DOE
QUACKENBUSH, husband and wife,
individually and as a marital community,

15

16

17

18

19

20

21

Defendants.

22

NO.  04-2-50094-2

NOTICE OF
ASSOCIATION OF
COUNSEL

23

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT; and

24

ALL PARTIES AND COUNSEL OF RECORD

25

26

27

NOTICE OF ASSOCIATION OF COUNSEL - 1

C:\LSFILES\CLIENTS\Rogers\assnotice.wpd

RETTIG, OSBORNE, FORGETTE
O'DONNELL, ILLER & ADAMSON, LLP
6725 W. CLEARWATER AVENUE
KENNEWICK, WASHINGTON 99336
TELEPHONE (509) 783-6154

1    PLEASE TAKE NOTICE that Diehl R. Rettig are hereby associated with

2  Larry W. Zeigler as attorneys for the plaintiffs herein.

3    It is hereby requested that all future papers and pleading, exclusive of

4  original process, be served upon the undersigned attorneys at the addresses below

5  stated.

6    DATED this _12th_ day of February, 2004.

7

8    By

9    LARRY W. ZEIGLER, WSBA# 11595
     2839 W. Clearwater, #341

10   Kennewick, WA 99336-2927
     (509) 734-1229

11   Attorneys for plaintiff

12

13   Associating Counsel:

14   RETTIG, OSBORNE, FORGETTE,
     O'DONNELL, ILLER & ADAMSON, LLP

15

16   By

17   DIEHL R. RETTIG, WSBA #792
     6725 W. Clearwater Ave.

18   Kennewick, WA 99336
     (509) 783-6154

19   Attorneys for plaintiffs

20

21

22

23

24

25

26

27   NOTICE OF ASSOCIATION OF COUNSEL - 2

RETTIG, OSBORNE, FORGETTE
O'DONNELL, ILLER & ADAMSON, LLP
6725 W. CLEARWATER AVENUE
KENNEWICK, WASHINGTON 99336
TELEPHONE (509) 783-6154

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

9

10   KENNETH & MARY LOU ROGERS,                NO. 04-2-50094-2 
     husband & wife, individually
11   and as a marital community,

12                          Plaintiffs,         **NOTICE OF APPEARANCE**

13   vs.

14
     CITY OF KENNEWICK, a municipal
15   corporation; et al.,

16                          Defendants.

17   _____

18   TO:       Clerk of the Court for Franklin County Superior Court;

19   AND TO:   Larry Zeigler, Attorney for Plaintiff
               2839 W. Clearwater, #341
20             Kennewick, WA 99336

21             Diehl R. Rettig
               RETTIG, OSBORNE, FORGETTE, O'DONNELL, ILLER & ADAMSON
22             Attorneys for Plaintiff
               6725 W. Clearwater Ave.
23             Kennewick, WA 99336

24
            PLEASE TAKE NOTICE that Andy Miller, Benton County Prosecuting
25
     Attorney, and Rea L. Culwell, Deputy Prosecuting Attorney, without
26

27

28                                             BENTON COUNTY PROSECUTING ATTORNEY
                                        7122 West Okanogan Place, #G, Kennewick, WA 99336
     NOTICE OF APPEARANCE - 1                              (509) 735-3591

1  waiving objections to improper service, subject matter or personal
2  jurisdiction, venue, timely appeal, failure to state a claim upon
3  which relief may be granted, or failure to join a party under Rule
4  19, hereby appear in the above entitled cause on behalf of
5
6  Defendants Benton County, Washington, Deputy John Doe Quackenbush,
7  and Jane Doe Quackenbush, and request that all further papers and
8  pleadings herein, except original process, be served upon the
9  undersigned attorneys at the address stated below.

10      Dated this _23_ day of February, 2004.

11                          ANDY MILLER
12                          Prosecuting Attorney

13
                          By_____
14                          REA L. CULWELL, Deputy
15                          Prosecuting Attorney
                          Attorneys for Defendants
16                          Benton County and Quackenbush
                          WSBA #32080
17                          OFC ID 91004

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE - 2

1

2

3

4

5

6

7          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

8                  IN AND FOR THE COUNTY OF FRANKLIN

9

10   KENNETH & MARY LOU ROGERS,              NO. 04-2-50094-2
     husband & wife, individually
11   and as a marital community,

12                    Plaintiffs,            **CERTIFICATE OF SERVICE**

13   vs.

14   CITY OF KENNEWICK, a municipal
15   corporation; et al.,

16                    Defendants.

17

18          I, MELANIE J. SMITH, declare as follows:

19          That I am over the age of 18 years, not a party to this
     action, and competent to be a witness herein.    That I, as a
20
     paralegal in the office of the Benton County Prosecuting Attorney,
21   deposited a true and correct copy of the Notice of Appearance on
22   behalf of defendants Benton County and Quackenbush on the 24th day
23   of February, 2004, for delivery by Inter-City Messenger Service to:

24          Larry Zeigler, Attorney for Plaintiff
            2839 W. Clearwater, #341
25          Kennewick, WA 99336

26

27

28
                                          BENTON COUNTY PROSECUTING ATTORNEY
                                     7122 West Okanogan Place, #G, Kennewick, WA 99336
     CERTIFICATE OF SERVICE - 1                            (509) 735-3591

1

Diehl R. Rettig
RETTIG, OSBORNE, FORGETTE, O'DONNELL, ILLER & ADAMSON
Attorneys for Plaintiff
6725 W. Clearwater Ave.
Kennewick, WA 99336

2

3

4

John Ziobro
Kennewick City Attorney
210 W. Sixth Ave.
Kennewick, WA 99336

5

6

7      I certify under penalty of perjury under the laws of the State

8   of Washington that the foregoing is true and correct.

9      EXECUTED at Kennewick, Washington, this 24th day of February,

10   2004.

11

12                                    MELANIE J. SMITH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

KEN AND MARY LOU ROGERS

        Plaintiffs,

vs.

CITY OF KENNEWICK, a municipal
corporation; BENTON COUNTY,
WASHINGTON, a political
subdivision in the State of
Washington; Richard Dopke &
Jane Doe Dopke, husband &
wife, individually and as a
marital community; John Doe
Bonnalie & Jane Doe Bonnalie,
husband & wife, individually,
and a s a marital community;
R.B. Kohn & Jane Doe Kohn,
husband & wife, individually,
and a s a marital community;
Deputy John Doe Quackenbush &
Jane Doe Quackenbush, husband
& wife, individually, and as a
marital community;

        Defendants.

NO.  04-2-40095-2

**NOTICE OF FILING, NOTICE
OF REMOVAL TO FEDERAL
COURT**

TO:  Clerk of the Court for Franklin County Superior Court;

TO:  Plaintiffs Ken and Mary Lou Rogers
     Attorney Larry W. Zeigler
     2839 W. Clearwater Ave.
     Suite 341
     Kennewick, WA 99336-2927

NOTICE OF FILING, NOTICE
OF REMOVAL TO FEDERAL COURT - 1

1

2  City of Kennewick
   John Ziobro
   City Attorney
3  210 West Sixth Avenue
   PO Box 6108
4  Kennewick, WA 99336-0108

5  Richard Dopke and Jane Doe Dopke
   John Ziobro
6  City Attorney 210 West Sixth Avenue
   PO Box 6108
7  Kennewick, WA 99336-0108

8  John Doe Bonnalie and Jane Doe Bonnalie
   John Ziobro
9  City Attorney
   210 West Sixth Avenue
10 PO Box 6108
   Kennewick, WA 99336-0108

11
   R.B. Kohn and Jane Doe Kohn
12 John Ziobro
   City Attorney
13 210 West Sixth Avenue
   Kennewick, WA 99336-0108

14
       Please take notice that on February 25, 2004, Defendants
15
   Benton County, Benton County Deputy Sheriff Jeff Quackenbush and
16
   Jane Doe Quackenbush filed a Notice of Removal to Federal Court in
17
   the United States District Court for the Eastern District of
18
   Washington.  A correct copy of the original Notice is attached
19
   hereto as Attachment A.
20
       DATED this 3rd day of March, 2004.
21
                                ANDY MILLER
22                              Prosecuting Attorney

23

24                              By
                                   REA L. CULWELL, Deputy
25                                 Prosecuting Attorney
                                   WSBA# 32080
26                                 Attorneys for Defendants
                                   OFC ID 91004

27

28
                                        BENTON COUNTY PROSECUTING ATTORNEY
                                           7122 West Okanogan Place, #G
   NOTICE OF FILING, NOTICE                   Kennewick, Washington 99336
   OF REMOVAL TO FEDERAL COURT - 2                (509) 735-3591

1                      **CERTIFICATE OF SERVICE**

2   I, Shannon C. Slaght, declare as follows:

3       That I am over the age of 18 years, not a party to this

4   action, and competent to be a witness herein.  That I, as a legal

5   secretary in the office of the Benton County Prosecuting Attorney

6   deposited a true and correct copy of this document in an envelope,

7   and that I addressed said envelope as set forth herein and on the

8   3rd day of March, 2004 deposited said envelope(s) so addressed with

9   sufficient postage prepaid thereon, in the United States Mail at

10   Kennewick, Benton County, Washington to:

11         Plaintiffs Ken and Mary Lou Rogers
           Attorney Larry W. Zeigler
12         2839 W. Clearwater Ave.
           Suite 341
13         Kennewick, WA 99336-2927

14         City of Kennewick
           John Ziobro
15         City Attorney
           210 West Sixth Avenue
16         PO Box 6108
           Kennewick, WA 99336-0108
17
        Richard Dopke and Jane Doe Dopke
18         John Ziobro
           City Attorney 210 West Sixth Avenue
19         PO Box 6108
           Kennewick, WA 99336-0108
20
        John Doe Bonnalie and Jane Doe Bonnalie
21         John Ziobro
           City Attorney
22         210 West Sixth Avenue
           PO Box 6108
23          Kennewick, WA 99336-0108

24         R.B. Kohn and Jane Doe Kohn
           John Ziobro
25         City Attorney
           210 West Sixth Avenue
26         Kennewick, WA 99336-0108

27       I certify under penalty of perjury under the laws of the State

28                                   BENTON COUNTY PROSECUTING ATTORNEY
                                        7122 West Okanogan Place, #G
NOTICE OF FILING, NOTICE                    Kennewick, Washington 99336
OF REMOVAL TO FEDERAL COURT - 3              (509) 735-3591

1  of Washington that the foregoing is true and correct.

2      EXECUTED at Kennewick, Washington, this 3rd day of March,

3  2004.

4                              _____
                              SHANNON C. SLAGHT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        BENTON COUNTY PROSECUTING ATTORNEY
                                          7122 West Okanogan Place, #G
   NOTICE OF FILING, NOTICE                Kennewick, Washington 99336
   OF REMOVAL TO FEDERAL COURT - 4              (509) 735-3591