UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEN AND MARY LOU ROGERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF KENNEWICK, a municipal ) <br> corporation; BENTON COUNTY, ) <br> WASHINGTON, a political subdivision in ) <br> the State of Washington; RICHARD AND ) <br> JANE DOE DOPKE, husband and wife, ) <br> individually and as a marital community; ) <br> RYAN AND JANE DOE BONNALIE, ) <br> husband and wife, individually and as ) <br> marital community; BRAD AND JANE DOE <br> KOHN, husband and wife, individually ) <br> and as a marital community, ) <br> JEFF AND JANE DOE ) <br> QUACKENBUSH, husband and wife; ) <br> individually and as a marital community, ) <br> Defendants. ) <br> _____) | CASE NO. CV-04-5028-EFS <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict: This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs  pursuant to a Jury Verdict returned on May 01, 2007, as follows:

the plaintiff KENNETH ROGERS recover of all of the DEFENDANTS, joint and severally in this matter the sum of $772,000.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  that plaintiff KENNETH ROGERS recover of the defendant RICHARD DOPKE as agent of the City of Kennewick, the sum of $200,000.000, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961; and that plaintiff KENNETH ROGERS recover of the defendant BRAD KOHN, as agent of the City of Kennewick, the sum of $50,000.00, and his costs of action, both with  interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.

the plaintiff MARY LOU ROGERS recover of all of the DEFENDANTS, joint and severally in this matter the sum of $25,000.00, and her costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.


| May 4, 2007 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/Debbie Brasel |
| | (By) Deputy Clerk |
| | Debbie Brasel |