AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KENNETH & MARY LOU ROGERS, Husband and wife,
individually and as a marital community,
    Plaintiffs,

v.

CITY OF KENNEWICK, a municipal corporation;
BENTON COUNTY WASHINGTON, a political
sub-division in the State of Washington; et. al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-5028-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiffs are awarded $430,850.50 in attorney fees; $39,196.50 in paralegal fees; $46,768.68 in costs; and prejudgment interest on the verdict at the rate of 4.89% from 5/1/07 until the entry of judgment on 5/3/07, pursuant to the Order Granting In Part Plaintiffs' Motion for Fees and Costs entered on August 15, 2007, Ct. Rec. 333.

| | |
|---|---|
| August 15, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |